R E C E I V E D

SEP 2 0 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Marc P. Berger
Sanjay Wadhwa
Judith A. Weinstock
Maureen Peyton King
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281-1022
212-336-0111 (King)
kingmp@sec.gov
Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 18-cv-_____ |
| Plaintiff, |  |
| v. |  |
| EUGENE GIAQUINTO, |  |
| Defendant. |  |

## APPLICATION FOR ORDER TO SHOW CAUSE ON APPLICATION TO ENFORCE FINAL ORDER OF SECURITIES AND EXCHANGE COMMISSION AGAINST EUGENE GIAQUINTO

The Plaintiff Securities and Exchange Commission (the "Commission") respectfully

moves for the issuance of an Order to Show Cause on its Application to Enforce the Final Order

of the Commission against Defendant Eugene Giaquinto ("Giaquinto").

In support of its Application, the Commission submits the Declaration of Maureen

Peyton King and a Proposed Order to Show Cause attached hereto as Exhibits 1 and 2.

September 2ₒ, 2018
New York, New York

Of Counsel:
Sanjay Wadhwa
Judith Weinstock

Marc P. Berger
Maureen Peyton King
Attorneys for Petitioner
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
Tel.:          212-336-0111 (King)
E-mail:       KingMP@sec.gov